474 A.2d 678

Commonwealth v. Toth, III, Appellant.

Petition for Allowance of Appeal
Denied Aug. 21, 1984.

Submitted November 4, 1983. Roseann B. Joseph, for appellant; Anthony S. Blasco, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Order affirmed.

474 A.2d 678

Commonwealth v. Wackowski, Appellant.

Submitted February 3, 1984. William R. Adams, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Judgment of sentence affirmed.